A-40-060-221

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 1 -9 2005   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X
HUSEYIN SERPIL,

      Petitioner,

  - against -

ALBERTO GONZALEZ, United States
Attorney General, et al.,

      Respondents.

----------------------------------X

ORDER

Civil Action
No. CV-05-0850

(Feuerstein, J.)
(Orenstein, M.J.)

WHEREAS, Petitioner Mohammed Huseyin Serpil filed, on or about February 11, 2005, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, that challenges the lawfulness of his removal order, to wit: the Board of Immigration Appeals' ("BIA") decision, dated August 27, 2003, dismissing his appeal from the immigration judge's decision ordering him removed;

WHEREAS, section 106(c) of the REAL ID Act of 2005 ("RIDA"), Pub. L. No. 109-13, Div. B, 119 Stat. 231 (May 11, 2005), provides that a pending case brought pursuant to 28 U.S.C. § 2241 that challenges a final administrative order of removal shall be transferred to the court of appeals for the circuit in which a petition for review could have been properly filed pursuant to section 242 of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1252, as amended by RIDA § 106;

WHEREAS, pursuant to INA § 242(b)(2), 8 U.S.C. § 1252(b)(2), the appropriate judicial circuit is the one in which the immigration judge completed proceedings, and the Petitioner's

proceedings were completed in New York, New York;

IT IS HEREBY ORDERED as follows:

(1) This case is hereby transferred in its entirety, pursuant to § 106(c) of RIDA, to the United States Court of Appeals for the Second Circuit;

(2) The Petitioner's removal from the United States is stayed until ten (10) days following this Court's entry of this transfer order; and

(3) Nothing in this order shall be construed as limiting any defenses, including jurisdictional defenses, available to the Government.

SO ORDERED:

Dated: Brooklyn, New York
6/13/2005 , 2005

HONORABLE SANDRA J. FEUERSTEIN
United States District Judge